■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY O. FRAZIER, Appellant. [53 NYS3d 588]—Appeal from a judgment of the Cayuga County Court (Mark H. Fandrich, A.J.), rendered September 8, 2015. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Whalen, P.J., Smith, DeJoseph, Troutman and Scudder, JJ.